## BARBARA H. FRIEDMAN *v.* TOWN OF WESTPORT ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 50 Conn. App. 209 (AC 17032), is denied.

BERDON, J., did not participate in the consideration or decision of this petition.

*Hale C. Sargent,* in support of the petition.

*Patricia E. Curtin,* in opposition.

Decided November 3, 1998

## STATE OF CONNECTICUT *v.* JAMES BAKER

The defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 268 (AC 17227), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Alexander H. Schwartz,* special public defender, in support of the petition.

*Ronald G. Weller,* assistant state's attorney, in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 312 (AC 17617), is granted, limited to the following issue: